# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Darnell Cochran,

        Defendant.

Case No. 3:13-po-15

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Being in Physical Control of a Vehicle while under the Influence, in violation of the Ohio Revised Code, Section 4511.194, made in Count 1 of the Information is hereby AMENDED to charge Willful or Wanton Operation of a Vehicle, in violation of the Ohio Revised Code, Section 4511.20.

    IT IS SO ORDERED.

Date: 5/22/13

_____
United States Magistrate Judge

_____
Assistant United States Attorney